UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

STEVEN PAULINO,

          Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Defendant's sentencing, previously scheduled for December 17, 2019, will now take place on **April 8, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due by **March 18, 2020**. The Government's submission is due by **March 25, 2020**.

Dated: New York, New York
      December 11, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge