UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

STEVEN PAULINO,

              Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the Defendant's sentencing, previously scheduled for July 1, 2020, will take place on **August 11, 2020** at **3:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge