UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>STEVEN PAULINO,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 54 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Defendant's sentencing, previously scheduled for August 11, 2020, is adjourned to **November 10, 2020 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 18, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge