**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 22, 2020

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Memo Endorsed:  The sentencing is
adjourned until December 2, 2020.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: October 23, 2020

Re:   United States v. Steven Paulino
       19 CR 54 (PGG)

Dear Judge Gardephe

       I write to request an adjournment of the sentencing hearing currently
scheduled for November 10, 2020.  The reason for the request is two-fold.  I
understand that, at present, if the sentencing were to go forward on November 10,
it would proceed remotely rather than in person.  Currently, Mr. Paulino is not
willing to waive his right to be physically present in the courtroom for sentencing.
The second reason for the request is that Mr. Paulino was recently transferred to a
different jail and as a result has been able to start a drug treatment program.  The
program should conclude near Thanksgiving.  Mr. Paulio would prefer that the
sentencing be held after that date so that he is able to complete the program.

       Accordingly, I request that Mr. Paulino's sentencing hearing be adjourned
until December, with the hope that it will be able to be held in person at that time.

                                            Respectfully submitted,

                                             /s/
                                            Jennifer E. Willis, Esq.
                                            Assistant Federal Defender

Cc:   AUSA Jarrod Schaeffer