UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>STEVEN PAULINO,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 54 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the hearing, previously scheduled for March 10, 2023, is adjourned to **March 15, 2023 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge