UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v.–

STEVEN PAULINO,

               Defendant.

**ORDER**

19 Cr. 54 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated today in open court, the terms of Defendant's supervised release are modified to provide for the Defendant's participation in a 90-day residential inpatient substance abuse treatment program. It is the Court's intention that Defendant enter the program as soon as he possibly can, subject to any necessary interviews or other requirements. All other conditions of Defendant's supervised release remain in effect.

      The violation of supervised release hearing will resume on **May 4, 2023 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          March 15, 2023

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge