U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED:** The hearing scheduled for May 4, 2023 is adjourned to June 28, 2023 at 11:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Date: May 3, 2023

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Steven Paulino*, 19 Cr. 54 (PGG)

Dear Judge Gardephe:

The Government writes respectfully in advance of the violation of supervised release hearing in the above-captioned case that is currently scheduled for May 4, 2023, at 2:00 p.m.

The U.S. Probation Office ("Probation") has informed the parties that, pursuant to the Court's direction at the prior proceeding held on March 15, 2023, Mr. Paulino was admitted to in-patient treatment on March 20, 2023, and is currently complying with the requirements of that treatment. Probation has further informed the parties that it has been recommended that Mr. Paulino complete at least 90 days with the program.

Accordingly, the Government respectfully requests that the violation of supervised release hearing be adjourned to a date convenient for the Court on or after June 21, 2023. Counsel for the defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: */s/ Jarrod L. Schaeffer*
    Jarrod L. Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

cc:   Tamara Giwa, Esq. (via ECF)
      U.S. Probation Office Sandra Velez-Garcia (via Email)