UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>STEVEN PAULINO,<br><br>      Defendant. | **ORDER**<br><br>19 Cr. 54 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for November 1, 2024, at 10:30 a.m. is adjourned to **November 1, 2024, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
     October 30, 2024

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge