UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| STEVEN PAULINO, | 19 Cr. 54 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The next conference in this matter will be held on **March 14, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 13, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge