UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

STEVEN PAULINO,

Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The initial appearance currently scheduled for May 21, 2026, at 2:00 p.m. is

adjourned to **June 5, 2026, at 11:00 a.m.**

Dated:  New York, New York
        May 19, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge