UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

STEVEN PAULINO,

Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The next conference in this matter will be held on **July 15, 2026, at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 5, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge