UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                   :
UNITED STATES OF AMERICA
                                                                   :
                - v. -                     **PRELIMINARY ORDER OF**
                                           **FORFEITURE AS TO**
                                           :   **SUBSTITUTE ASSETS**
STEVEN PAULINO,
         a/k/a "Sdot Dinero,"              :   S1 19 Cr. 54 (PGG)

                        Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about July 19, 2019, STEVEN PAULINO, a/k/a "Sdot Dinero,"

(the "Defendant"), was charged in a two-count Superseding Information, S1 19 Cr. 54 (PGG) (the

"Information"), with conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United

States Code, Sections 1951 and 2 (Count One); and Hobbs Act Robbery, in violation of Title 18,

Untied States Code, Sections 1951 and 2 (Count Two);

WHEREAS, on or about July 19, 2019, the Defendant pled guilty to Counts One

and Two of the Information, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Counts One and Two of the

Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C)

and Title 28, United States Code, Section 2461(c), a sum of money equal to $63,815 in United

States currency representing the amount of proceeds traceable to the offenses charged in Counts

One and Two of the Information that the Defendant personally obtained;

WHEREAS, on or about July 19, 2019, the Court entered a Consent Preliminary

Order of Forfeiture (the "Order of Forfeiture"), which imposed a money judgment against the

Defendant in the amount of $63,815 (the "Money Judgment"), representing the proceeds traceable

to the offenses charged in Counts One and Two of the Information that the Defendant personally

obtained (Dkt. 32);

WHEREAS, to date, the entire Money Judgment against the Defendant remains

unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the United States

has not been able to locate, obtain, or collect assets traceable to the proceeds of the Defendant's

offenses, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following specific assets in which

the Defendant has an ownership interest:

    a.  $4,968.00 in United States currency seized by the Government from the Defendant on or about July 19, 2019, in the Bronx, New York; and

    b.  $700.00 in United States currency seized by the Government from the Defendant on or about July 19, 2019, in the Bronx, New York;

(a., and b., collectively the "Substitute Assets"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's

right, title, and interest in the Substitute Assets;

NOW IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

1.    All of the Defendant's right, title, and interest in the Substitute Assets is

hereby forfeited to the United States of America, for disposition in accordance with the law, subject

to the provisions of Title 21, United States Code, Section 853(n).

2.    Upon entry of this Preliminary Order of Forfeiture of Substitute Assets, the

United States Marshals Service (or its designee) is hereby authorized to take possession of the

Substitute Assets and to keep them in its secure custody and control.

2

3.      Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Assets must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the Substitute Assets and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

3

7.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.     The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: New York, New York
          June 11, 2026

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

4