UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

STEVEN PAULINO,

Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The violation of supervised release proceeding currently scheduled for September 16, 2026, at 10:00 a.m. is adjourned to **October 20, 2026, at 10:00 a.m.**

Dated: New York, New York
September 15, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge