UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

STEVEN PAULINO,

Defendant.

**ORDER**

19 Cr. 54 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated on the record today, sentencing in this violation of supervised release proceeding will take place on **January 8, 2027, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Submissions on behalf of the Defendant are due by **December 21, 2026**, and the Government's response is due by **December 29, 2026.**

Dated: New York, New York
October 20, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge